IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMMY ROJAS, | ) | Case No. 8:09cv268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HECTOR CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the filing of plaintiff's Notice of settlement (#8) in response to the court's order of October 23, 2009 (#7),

**IT IS ORDERED:**

1. On or before **December 18, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 18th day of November 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge